# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MILWAUKEE TOOL, | ) | No. 2:25-cv-2025-SHL-tmp |
| Garnishee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SHAKITA TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO TERMINATE WAGE GARNISHMENT AND DISMISS CASE WITHOUT PREJUDICE

The United States of America applied for a Writ to garnish Defendant Shakita Turner's wages from Milwaukee Tool (ECF No. 1), and the Clerk issued it on January 13, 2025 (ECF No. 3 at PageID 25–27). The United States now requests to terminate the Writ because Milwaukee has not employed Turner since May 16, 2024. (ECF 7 at PageID 46.) A garnishment terminates by "exhaustion of property in the possession, custody, or control of the garnishment" unless "the garnishee reinstates or reemploys the judgment debtor within 90 days after" her dismissal. 28 U.S.C. 3205(c)(10)(B). Because it has been more than ninety days since the end of Turner's employment, the motion to terminate is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of March, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE